UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATE OF AMERICA,** | **CASE NO.: 6:19-cv-01393-MJJ-CBW** |
| **Plaintiff,** | |
| v. | |
| **KEITH L. BREAUX, et. al.,** | |
| **Defendants.** | |
| _____/ | |

### DEFENDANT, KEITH L. BREAUX'S MOTION FOR LEAVE OF COURT TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DIMSISS COMPLAINT, AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT

**COMES NOW**, the Defendant, KEITH L. BREAUX ("Defendant"), and files this Motion For Leave of Court to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Complaint, and Incorporated Memorandum of Law in Support, pursuant to this Honorable Court's Order Notice of Motion Setting Without Oral Argument entered on February 24, 2020, Local Rule 7.8, and in support thereof respectfully states as follows:

1. On October 25, 2019, the Plaintiff filed a two (2) count Complaint against the Defendant.

2. On February 20, 2020, the Defendant filed a Motion to Dismiss Complaint, and Incorporated Memorandum of Law in Support (the "Motion to Dismiss").

3. This Honorable Court entered an Order on February 24, 2020, a Notice of Motion Setting Without Oral Argument (the "Order").

4. The Plaintiff filed its Opposition to Defendant's Motion to Dismiss on March 12, 2020.

5. The Defendant herein seek leave of court to file a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

6. The Plaintiff will not be prejudiced as this matter is the beginning stages of litigation.

7. This motion is being filed within the time allowed pursuant to this Honorable Court's Order.

**WHEREFORE**, Defendant, KEITH L. BREAUX moves this Honorable Court to issue an Order granting the Defendant's Motion for Leave of Court to file a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, and grant such other and further relief as this Honorable Court deems reasonable and just under the circumstances.

Respectfully submitted this 20th day of March, 2020.

By: _____/s/ Keith L. Breaux_____
Keith L. Breaux, Pro Se
100 Benjamin Franklin Drive
Youngsville, LA 70592
Tel.: (337) 450-9093
Email: breauxkl@yahoo.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** under penalty of perjury under the laws of the United States of America that a true and correct copy of the foregoing has been furnished via:

{ ✓ } Electronic Mail; { ✓ } U.S. Mail; { } Facsimile; { } Hand Delivery to:

Robert E. Dozier, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Washington, DC 20044
Email: robert.e.dozier@usdoj.gov

Karen J. King, Esq.
Assistant United States Attorney
Office of the United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Email: karen.king@usdoj.gov

on this __20th__ day of March, 2020.

By: __/s/ Keith L. Breaux__
Keith L. Breaux, Pro Se