**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:19-CV-01393** |
| **VERSUS** | **JUDGE JUNEAU** |
| **KEITH L BREAUX ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTE:** Repeated errors in filing that result in formal Notices of Deficiency or electronic notification of filing errors may, at the discretion of the Clerk of Court and with approval of the Judges of the court, subject the filer to remedial action, i.e. mandatory training, restriction of filing privileges, etc.

**NOTICE TO FILER:**

The Motion for Leave to File Reply to Response to Motion filed on March 20, 2020 by Keith L Breaux was DEFICIENT for the following reason(s):

- ✓ A motion for leave to file must be accompanied by the proposed pleading. The court will not act on such a motion without reviewing the document sought to be filed. Please refer to LR 7.6 for more information.
  The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.  PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**  All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.