UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 19-cv-1393 |
| VERSUS | JUDGE JUNEAU |
| KEITH L BREAUX ET AL | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss Complaint [Doc. 12] filed by the *pro se* defendant, Keith L. Breaux ("Breaux"), is DENIED.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 15th day of September, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE